UNITED STATES of America, Plaintiff—Appellee,

v.

Margaret Dike DUREKE, Defendant— Appellant.

No. 06–6675.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2006.

Decided: Sept. 12, 2006.

Thomas Crane Carter, Alexandria, Virginia, Marc David Schifanelli, Annapolis, Maryland, for Appellant.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Margaret Dike Dureke appeals the district court's order denying her motion for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See*

*United States v. Dureke,* No. 1:92–cr–00013–JCC–2 (E.D.Va. Feb. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*